UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUG BRIGGS,<br><br>           Plaintiff,<br><br>      v.<br><br>LIFE CARE CENTERS OF AMERICA INC, LAKE VUE OPERATIONS LLC, TODD FLETCHER, ELLIE BASHAM,<br><br>           Defendants. | CASE NO. C21-740 MJP<br><br>ORDER OF CONSOLIDATION |
| DARCY KOVACS<br><br>           Plaintiff,<br><br>      v.<br><br>LIFE CARE CENTERS OF AMERICA INC, LAKE VUE OPERATIONS LLC, TODD FLETCHER, ELLIE BASHAM,<br><br>           Defendants. | CASE NO. C21-741 MJP |

Per Rule 42(a), the Court raises this matter <u>sua sponte</u> after having reviewed the

Complaints and Joint Status Reports filed in both of the above-captioned matters. Having

discussed this issue with the Parties during a status conference on August 23, 2021, the Court hereby CONSOLIDATES both actions for all purposes, including trial.

As the Parties reported to the Court, these cases share a common nucleus of facts as to liability, while the facts unique to each Plaintiff's claims predominantly focus on damages. Given the overlapping factual nature of the claims, consolidation appears an appropriate means of creating judicial economy and minimizing costs and delay to the Parties. See Fed. R. Civ. P. 42(a). The cases also appear to present common legal issues that should be determined as to both cases, rather than in a piecemeal fashion. Resolving common legal questions in one action will serve the Court's and Parties' interests in efficiency, fairness, and economy. See id. The Court therefore finds consolidation proper under Rule 42(a) and ORDERS that the cases be consolidated for all purposes, including trial. Individualized discovery shall be permitted for the development of facts specific to each Plaintiff's claims. As to trial, the Court also finds that a single jury should hear the Plaintiffs' claims and Defendants' defenses in one proceeding. This will be the most efficient and effective means of ensuring a fair and expedient resolution of the claims presented.

All future filings in this consolidated action must be filed in C21-740, with the following caption: Doug Briggs and Darcy Kovacs v. Life Care Centers of America Inc., Lake Vue Operations LLC, Todd Fletcher, and Ellie Basham, C21-740 MJP.

The Court will separately issue a case schedule for the consolidated action.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 27, 2021.

Marsha J. Pechman
United States Senior District Judge