Honorable Marsha J. Pechman

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| DOUG BRIGGS, individually and as Personal Representative of the ESTATE OF BARBARA DREYFUSS, <br><br> Plaintiff, <br><br> v. <br><br> LIFE CARE CENTERS OF AMERICA, INC, a foreign corporation; LAKE VUE OPERATIONS, LLC, a foreign limited liability company; TODD FLETCHER, individually; and ELLIE BASHAM, individually <br><br> Defendants. | Case No. 2:21-cv-00740-MJP <br><br><br><br><br><br> AMENDED SCHEDULING ORDER |
| DARCY KOVACS, individually and as Personal Representative of the ESTATE OF ROBIN HAMRICK, <br><br> Plaintiff, <br><br> v. <br><br> LIFE CARE CENTERS OF AMERICA, INC, a foreign corporation; LAKE VUE OPERATIONS, LLC, a foreign limited liability company; TODD FLETCHER, individually; and ELLIE BASHAM, individually <br><br> Defendants. | Case No. 2:21-cv-00741-MJP |

This matter comes before the Court on the Joint Motion to Amend Scheduling Order. (Dkt. No. 37.) Pursuant to Fed. R. Civ. P. 16., the Court finds good cause to amend the trial date and related deadlines in the existing Order Setting Trial Date & Related Dates. (See Dkt. No. 26). The Court hereby AMENDS the Order and sets the following new trial date and related deadlines:

| JURY TRIAL DATE | May 8, 2023 at 9:00 AM |
|---|---|
| Plaintiffs' Expert Reports Due | June 20, 2022 |
| Defendants' Expert Reports Due | July 18, 2022 |
| Discovery Motions Due | November 9, 2022 |
| Discovery Completed By | December 9, 2022 |
| Dispositive Motions Due | January 3, 2023 |
| Motions in Limine Due | April 3, 2023 |
| Agreed Pre-Trial Order Due | April 25, 2023 |
| Trial Briefs, Proposed Voir Dire and Jury Instructions Due | April 25, 2023 |
| Pre-Trial Conference | April 27, 2023 at 1:30 PM |

DATED: March 23, 2022

*[signature]*

Marsha J. Pechman
United States Senior District Court