UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUG BRIGGS, DARCY KOVACS, | CASE NO. C21-740 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC, TODD FLETCHER, ELLIE BASHAM, | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

As the Court indicated at the status hearing held on February 14, 2023, the Court RESETS the Trial Date to May 10, 2023 at 9:00 AM. The Court will also try this matter in a single, consolidated trial.

\\

1    The clerk is ordered to provide copies of this order to all counsel.

2    Filed February 14, 2023.

3
                                        Ravi Subramanian
4                                       Clerk of Court

5                                        s/Serge Bodnarchuk
                                        Deputy Clerk
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24