The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUG BRIGGS, individually and as Personal Representative of THE ESTATE OF BARBARA DREYFUSS,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., a foreign corporation; LAKE VUE OPERATIONS, LLC, a foreign limited liability company; TODD FLETCHER, individually; and ELLIE BASHAM, individually,<br><br>Defendants. | **NO. 2:21-cv-00740-MJP**<br><br>**STIPULATED MOTION AND ORDER TO DISMISS DEFENDANT TODD FLETCHER**<br><br>**NOTE ON MOTION CALENDAR: FEBRUARY 16, 2023** |
| DARCY KOVACS, individually and as Personal Representative of THE ESTATE OF ROBIN HAMRICK,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., a foreign corporation; LAKE VUE OPERATIONS, LLC, a foreign limited liability company; TODD FLETCHER, individually; and ELLIE BASHAM, individually,<br><br>Defendants. | NO. 2:21-cv-00741-MJP |




Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

**STIPULATION**

The Parties, by and through their respective undersigned counsel of record, move the Court for an Order dismissing Defendant Todd Fletcher. Good cause exists, and thus the Parties respectfully request that the Court grant the stipulated dismissal of Todd Fletcher.

**AGREED AND STIPULATED TO** this 16th day of February, 2023. We certify that this memorandum, contains 41 words, in compliance with the Local Civil Rules.

By *s/ Kristin Nealey Meier*
By *s/ Brian D. Ernst*
By *s/ David L. Tift*
Kristin Nealey Meier, WSBA #33562
Brian D. Ernst, WSBA #57038
David L. Tift, WSBA #13213
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Tel: (206) 464-4224; Fax: (206) 583-0359
kmeier@ryanlaw.com; ernst@ryanlaw.com
tift@ryanlaw.com
*Attorneys for Defendants*

By *s/ Jeffrey D. Boyd*
By *s/ Deborah M. Nelson*
Jeffrey D. Boyd, WSBA #41620
Deborah M. Nelson, WSBA #23087
NELSON BOYD, PLLC
601 Union Street, Ste. 2600
Seattle, WA 98101
T: 206.971.7601; F: 206.577.5035
boyd@nelsonboydlaw.com
nelson@nelsonboydlaw.com
*Attorneys for Plaintiff*

Tad Thomas, KY #88577
Brian M. Jasper, KY #94428
Leslie Pescia, KY #99674
THOMAS LAW OFFICES, PLLC
9418 Norton Commons Blvd., Suite 200
Prospect, KY 40059
T: 502.473.6540
tad@thomaslawoffices.com
brian.jasper@thomaslawoffices.com
leslie.pescia@thomaslawoffices.com
*Pro Hac Vice Attorneys for Plaintiff*





**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED this 16th day of February, 2023.

Marsha J. Pechman
United States Senior District Judge

Presented by:

*/s/ Kristin Nealey Meier*
*/s/ Brian D. Ernst*
*/s/ David L. Tift*
Kristin Nealey Meier, WSBA #33562
Brian D. Ernst, WSBA #57038
David L. Tift, WSBA #13213
RYAN, SWANSON & CLEVELAND, PLLC
kmeier@ryanlaw.com
ernst@ryanlaw.com
tift@ryanlaw.com
*Attorneys for Defendants*

*/s/ Jeffrey D. Boyd*
*/s/ Deborah M. Nelson*
Jeffrey D. Boyd, WSBA #41620
Deborah M. Nelson, WSBA #23087
NELSON BOYD, PLLC
boyd@nelsonboydlaw.com
nelson@nelsonboydlaw.com
beth@nelsonboydlaw.com
*Attorneys for Plaintiff*

Tad Thomas, KY #88577
Brian M. Jasper, KY #94428
Leslie Pescia, KY #99674
THOMAS LAW OFFICES, PLLC
tad@thomaslawoffices.com
brian.jasper@thomaslawoffices.com
leslie.pescia@thomaslawoffices.com
*Pro Hac Vice Attorneys for Plaintiff*



