UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUG BRIGGS, DARCY KOVACS,<br><br>Plaintiffs,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC, TODD FLETCHER, ELLIE BASHAM,<br><br>Defendants. | CASE NO. C21-740 MJP<br><br>ORDER GRANTING JOINT MOTION FOR ADDITIONAL TIME |

This matter comes before the Court on the Parties' Joint Motion and Order For Additional Time to File Motions in Limine. (Dkt. No. 55.) Having reviewed the Motion and all supporting materials, the Court GRANTS the Motion. Given the Parties' representation about the progress they have made in narrowing the disputed issues to be decided through motions in limine, the Court finds good cause to extend the motions in limine filing deadline from March 13, 2023 to March 17, 2023. The motions in limine shall be noted for March 31, 2023. The Court reminds the parties that no replies shall be filed. See Local Civil Rule 7(d)(4).

1     The clerk is ordered to provide copies of this order to all counsel.

2     Dated March 13, 2023.

Marsha J. Pechman
United States Senior District Judge