|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |

UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF WASHINGTON<br>AT SEATTLE

| | |
|---|---|
| DOUG BRIGGS, individually and as Personal Representative of THE ESTATE OF BARBARA DREYFUSS,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC, ELLIE BASHAM,<br><br>Defendants. | CASE NO. C21-740 MJP<br><br>ORDER ON MOTIONS REGARDING CONDUCT OF TRIAL |
| DARCY KOVACS, individually and as Personal Representative of THE ESTATE OF ROBIN HAMRICK,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC, ELLIE BASHAM,<br><br>Defendants. | |

ORDER ON MOTIONS REGARDING CONDUCT OF TRIAL - 1

This matter comes before the Court on Plaintiffs' Motion Regarding Conduct of Trial. (Dkt. No. 58.) Having reviewed the Motion, Defendants' Response (Dkt. No. 66), and all supporting materials, and having ruled on the Motion orally during the pretrial conference held on April 6, 2023, the Court GRANTS the Motion. In order to reduce the costs and increase the convenience to the Parties and witnesses, the Court will allow both Parties to call lay and expert witnesses remotely to present testimony to the jury. The jury shall be present in the Courtroom with counsel to hear any such remote testimony. This Order does not obligate Defendants to call any witnesses remotely, but they may do so if they wish.

The clerk is ordered to provide copies of this order to all counsel.

Dated April 6, 2023.

Marsha J. Pechman
United States Senior District Judge