UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUG BRIGGS, individually and as Personal Representative of THE ESTATE OF BARBARA DREYFUSS, <br><br> Plaintiff, <br><br> v. <br><br> LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC, ELLIE BASHAM, <br><br> Defendants. | CASE NO. C21-740 MJP <br><br> ORDER ON MOTIONS IN LIMINE |
| DARCY KOVACS, individually and as Personal Representative of THE ESTATE OF ROBIN HAMRICK, <br><br> Plaintiff, <br><br> v. <br><br> LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC, ELLIE BASHAM, <br><br> Defendants. | |

ORDER ON MOTIONS IN LIMINE - 1

This matter comes before the Court on the Parties Joint Motions in Limine (Dkt. No. 61), Plaintiffs' Motions in Limine (Dkt. No. 62), and Defendants' Motions in Limine (Dkt. No. 63). Having reviewed the Motions, the Responses (Dkt. Nos. 67, 69), and all supporting materials and having held a pretrial conference on this matter on April 6, 2023, the Court ORDERS as follows:

1. The Court GRANTS the Joint Motions in Limine.
2. The Court WITHHOLDS ruling on Plaintiffs' Motions in Limine Numbers 1, 2, 4, 6, and 7.
3. The Court DENIES Plaintiffs' Motion in Limine Number 3.
4. The Court GRANTS in part Plaintiffs' Motion in Limine Number 5 and will not allow the Parties to refer to Covid-19 as a "new" coronavirus, but they may refer to it as a "novel" virus.
5. The Court GRANTS in part Defendants' Motion in Limine lettered "A." The Court will exclude evidence as to the size of the outbreak and number of residents who died at the nursing home where Mary Dreyfuss and Robin Hamrick lived as to any time period after Hamrick's death. The Court DENIES in part this Motion and will allow such evidence for the time period preceding Hamrick's death.
6. The Court WITHHOLDS ruling on Defendants' Motion in Limine lettered "B".
7. The Court DENIES the Defendants' Motion in Limine Lettered "C".

The clerk is ordered to provide copies of this order to all counsel.

Dated April 6, 2023.

Marsha J. Pechman
United States Senior District Judge