1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| 10 | DOUG BRIGGS, individually and as Personal Representative of THE ESTATE OF BARBARA DREYFUSS, | CASE NO. C21-740 MJP |
| 11 | | ORDER ON MOTION TO USE SUPPLEMENTAL JUROR QUESTIONNAIRE |
| 12 | Plaintiff, | |
| 13 | v. | |
| 14 | LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC, ELLIE BASHAM, | |
| 16 | Defendants. | |
| 17 | DARCY KOVACS, individually and as Personal Representative of THE ESTATE OF ROBIN HAMRICK, | |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC, ELLIE BASHAM, | |
| 24 | Defendants. | |

ORDER ON MOTION TO USE SUPPLEMENTAL JUROR QUESTIONNAIRE - 1

This matter comes before the Court on Plaintiffs' Motion to Use Supplemental Juror Questionnaire. (Dkt. No. 65.) Having reviewed the Motion, Defendants' Response, and all supporting materials, and having discussed this matter with the Parties during the pretrial conference held on April 6, 2023, the Court GRANTS in part the Motion. The Court has approved of the use of a supplemental questionnaire, as refined by the Court to obtain a fair jury pool and in light of some of Defendants' objections to the questionnaire. A copy of the questionnaire that was sent to prospective jurors is appended to this Order as Exhibit A. Counsel have received the supplemental questionnaires as filled out by the prospective jurors in advance of trial.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 10, 2023.

Marsha J. Pechman
United States Senior District Judge