The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUG BRIGGS, individually and as Personal Representative of THE ESTATE OF BARBARA DREYFUSS,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., a foreign corporation; LAKE VUE OPERATIONS, LLC, a foreign limited liability company;<br><br>　　　　　　　　　　　　Defendants. | NO. 2:21-cv-00740-MJP<br><br>**JOINT AGREED PRETRIAL ORDER** |
| DARCY KOVACS, individually and as Personal Representative of THE ESTATE OF ROBIN HAMRICK,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., a foreign corporation; LAKE VUE OPERATIONS, LLC, a foreign limited liability company.<br><br>　　　　　　　　　　　　Defendants. | NO. 2:21-cv-00741-MJP |

/ / /

/ / /

JOINT AGREED PRETRIAL ORDER - 1
Case No. 2:21-cv-00740-MJP


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4883-7479-9453.1

Pursuant to LCR 16, the parties jointly submit this pretrial order.

## JURISDICTION

Jurisdiction is vested in this Court by virtue of 28 U.S.C. § 1332(a) because there is complete diversity between the parties and the amount in controversy exceeds $75,000. Plaintiffs are both citizens of the State of Washington. Defendants Life Care Centers of America, Inc. and Lake Vue Operations, LLC are citizens of the State of Tennessee. Defendant Ellie Basham was a citizen of the State of Georgia upon the removal of this case.

## CLAIMS AND DEFENSES

The Plaintiffs will pursue at trial the following claims:

1. Medical negligence;
2. Abuse of Vulnerable Adults Act, RCW 74.34 *et. seq.*

## ADMITTED FACTS

The following facts are admitted by the parties:

1. Robin Hamrick was admitted to Life Care Centers of Kirkland on May 7, 2019. Ms. Hamrick died on March 14, 2020.

2. Barbara Dreyfuss was admitted to Life Care Centers of Kirkland on May 20, 2019. Ms. Dreyfuss died on March 1, 2020.

3. Doug Briggs was appointed as the personal representative for the Estate of Barbara Dreyfuss by King County Superior Court on August 18, 2020.

4. Darcy Kovacs was appointed as the personal representative for the Estate of Robin Hamrick by King County Superior Court on September 28, 2020.

5. Life Care Centers of Kirkland is a long-term care facility located in King County, Washington.

## ISSUES OF LAW

The Court has already made factual determinations on Defendants' Motion for Summary Judgment. The remaining determinations will be made by a jury.

JOINT AGREED PRETRIAL ORDER - 2
Case No. 2:21-cv-00740-MJP


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

4883-7479-9453.1

**EXPERT WITNESSES**

The names and addresses of the expert witnesses to be used by each party at the trial and the issue upon which each will testify is:

1. On behalf of Plaintiffs:

| Name and Address | Nature of Expected Testimony | Trial Testimony |
|---|---|---|
| John J. Cascone, MD<br>1801 W. 32nd Street,<br>Bldg. C; Suite 210<br>Joplin, MO 64804 | Dr. Cascone is expected to testify about his years of experience with infectious diseases and working in long-term-care facilities. He is expected to testify about | Will be testifying via Zoom |
| Susan K. Smith, DNP, RN, CEN, CCRN, CNLCP, CWOCN<br>4498 Meadow Wood Lane<br>Warriors Mark, PA 16877 | Ms. Smith is expected to testify about her years of experience in nursing and experience addressing Covid-19 in healthcare facilities. | Will be testifying via Zoom |

2. On behalf of Defendants:

| Name and Address | Nature of Expected Testimony | Trial Testimony |
|---|---|---|
| Morgan Katz, MD, MHS<br>Assistant Professor<br>Division of Infectious Diseases<br>Johns Hopkins University School of Medicine<br>MFL building, Center tower<br>John Hopkins Bayview Campus<br>Eastern Avenue, Suite 360<br>Baltimore, MD  21224 | Dr. Katz will testify about her extensive experience as an epidemiologist in long-term care facilities, and will testify about the state of information known about COVID-19, the nature of transmission, and the difficulty for long term care facilities to deal with COVID-19 | Will be testifying |
| Peter Hashisaki, MD<br>9023 NE 47th St.<br>Bellevue, WA 98004 | Dr. Hashisaki will testify about his experience as Chair of the Infectious Disease department at Overlake Hospital in January and February 2020, the lack of testing for | Will be testifying |

JOINT AGREED PRETRIAL ORDER - 3
Case No. 2:21-cv-00740-MJP


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4883-7479-9453.1

| Name and Address | Nature of Expected Testimony | Trial Testimony |
|---|---|---|
| | COVID-19 and the impact of this lack on stopping transmission, and his review of Life Care of Kirkland's infectious disease protocols. | |
| Connie E. Cheren, RN, MSW<br>Quality Care Assurance<br>2001 Breckenridge Lane<br>Alpharetta, GA 30005 | Ms. Cheren will testify as to her experience in assisting skilled nursing facilities with regulatory issues, specifically what guidance was available to nursing homes in January and February 2020 | Will be testifying |
| Sabine Maria von Preyss-Friedman, MD, FACP, CMD<br>10573 – 14th Ave NW<br>Seattle, WA | Dr. von Preyss-Friedman will testify about her experience as a medical director at greater Seattle area nursing homes, the information nursing homes received from local and federal health agencies, and what her buildings did in response to review of what happened at Life Care of Kirkland | Will be testifying |

3.   The parties reserve the right to call any expert witness disclosed by the other party to testify.

## OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

1.   On behalf of Plaintiffs:

| Name and Address | Nature of Expected Testimony | Trial Testimony |
|---|---|---|
| Doug Briggs<br>10214 NE 139th Street<br>Kirkland, WA 98034 | Mr. Briggs may be called to testify about Ms. Dreyfuss, allegations in the Complaint, damages, and about his experiences with LCCK | Will be testifying. |

JOINT AGREED PRETRIAL ORDER - 4
Case No. 2:21-cv-00740-MJP


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4883-7479-9453.1

| Name and Address | Nature of Expected Testimony | Trial Testimony |
|---|---|---|
| Darcy Kovacs<br>16050 NE 27th Street<br>Bellevue, WA 98008 | Ms. Kovacs may be called to testify about Ms. Hamrick, allegations in the Complaint, damages, and her experiences with LCCK | Will be testifying. |
| Diana Briggs<br>10214 NE 139th Street<br>Kirkland, WA 98034 | Ms. Briggs may be called to testify about Ms. Dreyfuss, allegations in the Complaint, damages, and about her experiences with LCCK | Will be testifying. |
| Meri Dreyfuss<br>233 Rountree Way<br>San Rafael, CA 94903 | Meri Dreyfuss may be called to testify about allegations in the Complaint, Barbara Dreyfuss and damages | Will be testifying via Zoom. |
| Hilary Dreyfuss<br>1 Avondale Landing<br>Alameda, CA 94502 | Hilary Dreyfuss may be called to testify about allegations in the Complaint, Barbara Dreyfuss, and damages | Will be testifying via Zoom. |
| Alice Cortez | Ms. Cortez is expected to testify about her role as LCCK's Infection Prevention and Control Specialist; LCCK's infection control policies, procedures, and actions; and her knowledge concerning the outbreak at LCCK in early 2020 | Will be testifying via video deposition. |
| Ellie Basham | Ms. Basham is expected to testify about her role as LCCK's Executive Director | Will be testifying live. |
| Bill Gruschow | Mr. Gruschow is expected to testify about his role as LCCK's Director of Nursing Services | Plaintiff's will read Mr. Gruschow's deposition. |
| Ngim "Christy" Carmichael, P.A.<br>c/o Ryan, Swanson & Cleveland, PLLC<br>1201 Third Ave., Ste 3400<br>Seattle, WA 98101 | Ms. Carmichael was a physician assistant who cared for residents in January and February 2020 who is expected to testify about her experience in caring for residents and the COVID-19 outbreak. | Expected to testify. Plaintiff is attempting to subpoena. |

2. On behalf of Defendants:

| Name and Address | Nature of Expected Testimony | Trial Testimony |
|---|---|---|
| Alice Cortez<br>c/o Ryan, Swanson & | Ms. Cortez is expected to testify about her work as the Infection | Will testify |

JOINT AGREED PRETRIAL ORDER - 5
Case No. 2:21-cv-00740-MJP


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4883-7479-9453.1

| Name and Address | Nature of Expected Testimony | Trial Testimony |
|---|---|---|
| Cleveland, PLLC<br>1201 Third Ave., Ste 3400<br>Seattle, WA 98101 | Prevention and Control nurse, the policies in place at Life Care of Kirkland, and her knowledge of and actions in regard to the COVID-19 outbreak | |
| Ellie Basham<br>c/o Ryan, Swanson & Cleveland, PLLC<br>1201 Third Ave., Ste 3400<br>Seattle, WA 98101 | Ms. Basham was the facility executive director who is expected to testify about her experience at the facility with the COVID-19 outbreak | Will testify |
| Dr. Dhihendra Kumar<br>c/o Ryan, Swanson & Cleveland, PLLC<br>1201 Third Ave., Ste 3400<br>Seattle, WA 98101 | Dr. Kumar was a physician who cared for residents in January and February 2020 and was the facility medical director who is expected to testify about his experience in caring for residents, the facility's infection control protocols and the COVID-19 outbreak | Will testify |
| Nancy Butner<br>c/o Ryan, Swanson & Cleveland, PLLC<br>1201 Third Ave., Ste 3400<br>Seattle, WA 98101 | Ms. Butner is a Life Care regional employee who is expected to testify about knowledge of the positive COVID-19 test in late February 2020 and the facility's response | May testify |

3. Inclusion of any witness on either of the above lists does not constitute a waiver by either party to object to and/or seek exclusion of any of the above-named witnesses.

**EXHIBITS**

See attached Exhibit A. All parties reserve the right to offer and use additional exhibits for purposes of rebuttal or impeachment. The parties reserve the right to offer any exhibit identified by the other party. The parties reserve the right to withdraw or not offer any exhibit identified in Exhibit A.

**DEPOSITION EXCERPTS**

Plaintiffs will use the deposition of Bill Gruschow at trial. Pursuant to LCR 32(e), Plaintiffs have provided Defendants with a copy of Mr. Gruschow's deposition transcript with

JOINT AGREED PRETRIAL ORDER - 6
Case No. 2:21-cv-00740-MJP

Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224 | Fax 206.583.0359

4883-7479-9453.1

relevant portions highlighted. Defendants have counter-designated by highlighting the copy of Mr. Gruschow's deposition transcript.

## ACTION BY THE COURT

1. This case is scheduled for trial before a jury on May 10, 2023, at 9:00 a.m.

2. Trial briefs have been submitted to the court.

3. Jury instructions have been finalized.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order. This order shall not be amended except by order of the court pursuant to agreement of the parties or to prevent manifest injustice.

DATED this 10th day of May, 2023.

Marsha J. Pechman
United States Senior District Judge

JOINT AGREED PRETRIAL ORDER - 7
Case No. 2:21-cv-00740-MJP


Ryan, Swanson & Cleveland, PLLC
1201 Third Avenue, Suite 3400
Seattle, WA 98101-3034
206.464.4224  |  Fax 206.583.0359

4883-7479-9453.1

Form Approved:

*/s/ Kristin Nealey Meier*
Kristin Nealey Meier, WSBA #33562
Brian D. Ernst, WSBA #57038
David L. Tift, WSBA #13213
RYAN, SWANSON & CLEVELAND, PLLC
1201 Third Avenue, Suite 3400
Seattle, Washington 98101-3034
Phone: (206) 464-4224; Fax: (206) 583-0359
kmeier@ryanlaw.com; tift@ryanlaw.com
ernst@ryanlaw.com
*Counsel for Defendants*

*/s/ Tad Thomas, Esq.*
THOMAS LAW OFFICES, PLLC
Tad Thomas, Esq. | KY Bar No. 88577
Brian M. Jasper, Esq. | KY Bar No. 94428
Leslie Pescia, Esq. | KY Bar No. 99675
9418 Norton Commons Boulevard, Ste. 200
Prospect, Kentucky 40059
Telephone: (502) 473-6540
tad@thomaslawoffices.com
brian.jasper@thomaslawoffices.com
leslie.pescia@thomaslawoffices.com
*Counsel for Plaintiffs*

and

*/s/ Jeffrey D. Boyd*
Jeffrey D. Boyd, WSBA #41620
Deborah M. Nelson, WSBA #23087
Nelson Boyd, PLLC
601 Union Street, Ste. 2600
Seattle, WA 98101
T: 206.971.7601; F: 206.577.5035
boyd@nelsonboydlaw.com
nelson@nelsonboydlaw.com
beth@nelsonboydlaw.com
*Co-Counsel for Plaintiffs*

