Hon. Jamal N. Whitehead

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DOUG BRIGGS, individually and as Personal Representative of the ESTATE OF BARBARA DREYFUSS,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC, a foreign corporation; LAKE VUE OPERATIONS, LLC, a foreign limited liability company; TODD FLETCHER, individually and ELLIE BASHAM, individually<br><br>Defendants. | CASE NO. 2:21-ccv-00740-MJP<br><br>MINUTE ORDER AUTHORIZING FOOD AND LIQUIDS |

The clerk issues the following minute order by the authority of the Honorable Jamal N. Whitehead, United States District Court Judge.

The Court will allow the following individuals to bring food and liquids (*e.g.*, water, coffee, soda) into the courthouse for the jury trial scheduled to begin Monday, May 15, 2023, and expected to conclude on or about May 19, 2023.

| | |
|---|---|
| Jeff Boyd | David Tift |
| Brian Jasper | Robert Walker |
| Tad Thomas | Brian Ernst |
| Amit Kumar | |
| Kristin Meier | |

DATED this 11th day of May, 2023.

RAVI SUBRAMANIAN,

MINUTE ORDER AUTHORIZING
FOOD AND LIQUIDS – 1

Clerk of the Court

By:   */s/ Grant Cogswell*
      Deputy Clerk to Judge Jamal N Whitehead

MINUTE ORDER AUTHORIZING
FOOD AND LIQUIDS – 2