UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUG BRIGGS, individually and as Personal Representative of THE ESTATE OF BARBARA DREYFUSS,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC, ELLIE BASHAM,<br><br>Defendants. | CASE NO. C21-740 MJP<br><br>ORDER ON OBJECTIONS IN CORTEZ DEPOSITION |
| DARCY KOVACS, individually and as Personal Representative of THE ESTATE OF ROBIN HAMRICK,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC, ELLIE BASHAM,<br><br>Defendants. | |

ORDER ON OBJECTIONS IN CORTEZ DEPOSITION - 1

This matter comes before the Court on the Parties' Objections lodged during the deposition of Alice Cortez, which has been designated for trial in lieu of live testimony:

1. The Court OVERRULES the objection on page 39:13-16.
2. The Court SUSTAINS the objection on page 40:4-17.
3. The Court SUSTAINS, in part, the objection and strikes the testimony from page 81:23 after the words "and she told me[.]" through page 82:8.
4. The Court SUSTAINS, in part, the objection and strikes the testimony on page 83:18-20 and 83:23–84:4.
5. The Court SUSTAINS the objection on page 84:3-4.
6. The Court SUSTAINS the objection on page 84:7-14.
7. The Court SUSTAINS the objection on page 84:7-14.
8. The Court OVERRULES the objection on page 92:24–93:22.
9. The Court OVERRULES the objection on page 99:4-7.
10. The Court OVERRULES the objection on page 99:23.
11. The Court OVERRULES the objection on page 100:18.
12. The Court OVERRULES the objection on page 101:4.
13. The Court OVERRULES the objection on pages 104:21–105:8.

The clerk is ordered to provide copies of this order to all counsel.

Dated May 15, 2023.

Jamal N. Whitehead
United States District Judge