UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DOUG BRIGGS, individually and as Personal Representative of THE ESTATE OF BARBARA DREYFUSS,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC,<br><br>Defendants. | CASE NO. C21-740 MJP<br><br>MINUTE ORDER |
| DARCY KOVACS, individually and as Personal Representative of THE ESTATE OF ROBIN HAMRICK,<br><br>Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., LAKE VUE OPERATIONS, LLC,<br><br>Defendants. | |

**ERROR! NO TEXT OF SPECIFIED STYLE IN DOCUMENT. - 1**

The following minute order is made by the direction of the court, the Honorable Jamal N. Whitehead, United States District Judge:

In open Court on May 17, 2023, Defendants stipulated to the fact that Ellie Basham was acting within the scope of her employment during the time periods relevant to this action and based on that stipulation Plaintiffs dismissed their claims against Ellie Basham. The claims against Basham are DISMISSED and the caption shall reflect her dismissal.

The clerk is ordered to provide copies of this order to all counsel.

Filed May 18, 2023.

                    Ravi Subramanian
                    Clerk of Court

                    s/Serge Bodnarchuk
                    Deputy Clerk